# United States District Court

## Northern District of Illinois
### Eastern Division

Michelle Marski        **JUDGMENT IN A CIVIL CASE**

v.                     Case Number: 10 C 5214

Lieberman, Michaels & Kelly, LLC

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came before the Court and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiff, Michelle Marski and against the Defendants, Lieberman, Michaels & Kelly, LLC in the total amount of $14,195.00.

This cause of action is dismissed in its entirety. There being no just reason for delay, this is a final and appealable order.

Michael W. Dobbins, Clerk of Court

Date: 2/7/2011

Ruth O'Shea, Deputy Clerk